UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD JACKSON, individually and on behalf
of all others similarly situated,
                Plaintiff,

-v-

HALYARD HEALTH, INC., ROBERT E.
ABERNATHY, STEVEN E. VOSKUIL,
KIMBERLY-CLARK CORPORATION,
THOMAS J. FALK, and MARK A.
BUTHMAN,
                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/18
```

16 CIVIL 5093 (LTS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2018, Defendants' motions to dismiss the Corrected Amended Class Action Complaint are granted in their entirety, and Plaintiff's motion to strike certain documents is denied as moot in light of the disposition of the Defendants' motions to dismiss. Judgment is entered in Defendants' favor; accordingly, the case is closed.

**Dated:** New York, New York
          March 30, 2018

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                **BY:** *K Mango*
                                                      **Deputy Clerk**